**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FURNEY CANTEEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK,<br><br>Defendant. | Case No. 1:24-cv-05371 |

## NOTICE OF FILING CONSENTS TO JOIN

The plaintiffs, by and through counsel, hereby file Consent to Join forms on behalf of the following individuals:

1. DAVID SCOTT
   10 W. 135TH ST. APT# 3P
   NEW YORK, NY 10037
   NEW YORK COUNTY

2. AARON SEARLES
   127 LINWOOD AVE
   NORTH BELLMORE, NY 11710
   NASSAU COUNTY

3. ELEFTHERIOS SEREMETIS
   10 PENNYFIELD AVE 8A
   BRONX, NY 10465
   BRONX COUNTY

4. ELIJAH SEYFRIED
   564 19TH STREET - 1C
   BROOKLYN, NY 11218
   KINGS COUNTY

5. RUSLAN SHUYLAR
   1 E 35TH ST #4D
   NEW YORK, NY 10016

NEW YORK COUNTY

6. INGRID SIMONOVIC
221 LONGSTREET AVENUE
BRONX, NY 10465
BRONX COUNTY

7. DAVID SINGH
246-07 MEMPHIS AVE
ROSEDALE, NY 11422
QUEENS COUNTY

8. COURTNEY SKINNER
150 STATION RD
SALISBURYMILLS, NY 12577
ORANGE COUNTY

9. DEREK SKUZENSKI
30 OAK RIDGE LANE
ALBERTSON, NY 11507
NASSAU COUNTY

10. LATOYA ST. HILL
3937 ELY AVENUE
BRONX, NY 10466
BRONX COUNTY

11. NYREE SUAZO
2899 TERRA PARK LANE
WANTAGH, NY 11793
NASSAU COUNTY

12. LOUIS SURIEL
51 SOUTH WALDINGER STREET
VALLEY STREAM, NY 11580
NASSAU COUNTY

13. MICHAEL TALAVERA
75-12 64TH STREET
QUEENS, NY 11385
QUEENS COUNTY

14. MICHAEL THORP
32 MCNAIR DR
MAHOPAC, NY 10541
PUTNAM COUNTY

15. TEODORO URENA
    99 HILLSIDE AVE. APT.10B
    NEW YORK, NY 10040
    NEW YORK COUNTY

16. ANGEL VELILLA
    48 GREYCOURT AVE
    CHESTER, NY 10918
    ORANGE COUNTY

17. WARRINGTON WALTERS
    109-38 128 STREET
    SOUTH OZONE PARK, NY 11420
    QUEENS COUNTY

18. ERICH WEIDEMEYER
    274 MORRISON AVENUE
    STATEN ISLAND, NY 10310
    RICHMOND COUNTY

19. JAMAL WILLIAMS
    9725 FARRAGUT ROAD
    NEW YORK, NY 11236
    KINGS COUNTY

20. YUNG WONG
    32 HOLIDAY WAY
    STATEN ISLAND, NY 10314
    RICHMOND COUNTY

21. GEORGE XANTHOS
    58 79 STREET
    BROOKLYN, NY 11209
    KINGS COUNTY

22. QIN ZHANG
    441 BLEECKER STREET APT. 3R
    BROOKLYN, NY 11237
    KINGS COUNTY

The Consent to Join forms for the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Date: July 17, 2024

Respectfully submitted,

*s/ Sara L. Faulman*
Sara L. Faulman
John W. Stewart*
Sophia Serrao*
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
slf@mselaborlaw.com
jws@mselaborlaw.com
ss@mselaborlaw.com
**Pro Hac Vice motions forthcoming*

Stephen Mc Quade, Esq.
Partner
Pitta LLP
120 Broadway, 28th Floor
New York, New York 10271
(212) 652-3885 (Direct)
(212) 652-3891 (Facsimile)
smcquade@pittalaw.com
www.pittalaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2024, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

*s/ Sara L. Faulman*
Sara L. Faulman