UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FURNEY CANTEEN *et al.*,

                                    Plaintiffs,

                    -v-

CITY OF NEW YORK,

                                    Defendant.

24 Civ. 5371 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The initial pretrial conference remains scheduled for Friday, December 6, 2024 at

10:00 a.m. This conference will be held telephonically. **The Court's dedicated conference**

**line has changed to (855)-244-8681, Access Code 2318-315-0661, followed by the pound (#)**

**key**.

        SO ORDERED.

                                    Paul A. Engelmayer
                                    _____
                                    PAUL A. ENGELMAYER
                                    United States District Judge

Dated:  December 2, 2024
        New York, New York