

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET

**RODALTON J. POOLE**
*Assistant Corporation Counsel*
Labor & Employment Law Division

> A settlement conference was scheduled for April 4, 2025. At the parties' request, it is now rescheduled to Friday, May 9, 2025 at 2:00 p.m, in Courtroom 9B at 500 Pearl Street, New York, NY. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than May 2, 2025, at 5:00 p.m. The Clerk of Court is respectfully requested to terminate ECF 38.
>
> Date: 3/31/2025
> New York, NY
>
> SO ORDERED
>
> *[signature]*
>
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

<u>Via ECF</u>
Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *Furney Canteen, et al. v. City of New York,*
     24-CV-05371-PAE

Your Honor:

   I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendant City of New York in the above-referenced matter, a collective action brought by 25 Plaintiffs under the Fair Labor Standards Act. I write to respectfully request an adjournment of the settlement conference scheduled for April 4, 2025, to May 9, 2025.

   This is Defendant's first request for an adjournment of the settlement conference, and Plaintiffs' counsel consents. On March 11, 2025, Plaintiffs' counsel submitted a settlement demand via email. However, the undersigned will need additional time to obtain settlement authority before Defendant can submit a reasonable counter-offer. Given the substantial amount in controversy and the amount sought by Plaintiffs, it is unlikely that Defendant will have authority to settle this action by next Friday, April 4, 2025. Should the Court adjourn the settlement conference, Defendant also respectfully requests an extension to file the *Ex Parte* Settlement Conference Summary Report, from Friday, March 28, 2025, to May 2, 2025.

   I thank the Court for its consideration herein.

                     Respectfully submitted,

/s/ *Rodalton J. Poole*
Rodalton J. Poole
Senior Counsel

CC:   <u>Via ECF</u>
Erica Febrianti
Pro Se Plaintiff
ICL Life Shelter
78 Catherine Street
New York, NY 10038
929-615-1758
Ericafebrianti60@gmail.com