

<div style="text-align:right">Sara L. Faulman
slf@mselaborlaw.com</div>

August 6, 2025

**VIA ECF**
Hon. Paul Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Canteen, et al., v. City of New York*, Case No. 1:24-cv-05371 (S.D.N.Y.)

Dear Judge Engelmayer:

    I represent the Plaintiffs in this matter and write on behalf of both Parties.

    On December 6, 2024, the Court referred the above-referenced matter to Magistrate Judge Tarnofsky for mediation. Dkt. 26. On December 12, 2024, Magistrate Judge Tarnofsky scheduled mediation for March 26, 2025, at 2:00 pm. Dkt. 30. The parties subsequently notified the Court of the date set for the scheduling conference and requested that the case management conference be rescheduled from August 12, 2025, to a later date, which the Court denied, observing that the schedule should still permit the parties sufficient time to conclude discovery and address any dispositive motions. Dkt. 32; Dkt. 33.

    However, in the intervening months, Defendant has made three requests for the adjournment of the Settlement Conference, *see* Dkt. 38; Dkt. 41; Dkt. 46, which Magistrate Judge Tarnofsky granted, adjourning the initial conference to May 9, 2025 (Dkt. 40), to July 9, 2025 (Dkt. 43), and then to August 12, 2025 (Dkt. 47). Additionally, Plaintiffs requested one adjournment, from August 12, 2025, to August 14, 2025, due to a scheduling conflict. Dkt. 48. The Settlement Conference is currently scheduled to go forward **August 14, 2025**, Dkt. 49, and no further request for adjournment is expected.

    The Case Management Conference remains scheduled for **August 12, 2025**. Given that the parties are scheduled to attend the Settlement Conference before Judge Tarnofsky two days later, on August 14, 2025, the parties respectfully request that the Court issue an order adjourning the Case Management Conference from August 12, 2025, to **September 24, 25, or 26, 2025**, and directing the parties, in the event the parties are unable to resolve the case following the Settlement Conference, to submit a proposed scheduling order by no later than **September 12, 2025**.

    Thank you for your consideration.

<div style="margin-left:40%">Respectfully submitted,

*/s/ Sara L. Faulman*
Sara L. Faulman</div>

cc:    All counsel of record

(202) 833-8855 *Main* | (202) 452-1090 *Fax* | info@mselaborlaw.com Email | www.mselaborlaw.com
1101 Vermont Avenue NW, Suite 1000 | Washington, D.C. 20005

GRANTED.

In light of the settlement conference before Magistrate Judge Tarnofsky, scheduled for August 14, 2025, the case management conference previously scheduled for August 12, 2025 is adjourned to September 24, 2025 at 10:00 AM.

In the event the parties have not resolved the case following the settlement conference, the parties shall submit a joint proposed scheduling order by September 12, 2025.

SO ORDERED.

Date:  August 8, 2025
      New York, New York

Paul A. Engelmayer
United States District Judge