

**McGillivary Steele Elkin** LLP

Sara L. Faulman
slf@mselaborlaw.com

September 10, 2025

**VIA ECF**
Hon. Paul Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Canteen, et al., v. City of New York*, Case No. 1:24-cv-05371 (S.D.N.Y.)

Dear Judge Engelmayer:

    I represent the Plaintiffs in this matter and write on behalf of both Parties. The parties write to you to report on the settlement conference held with Magistrate Judge Tarnofsky on August 14, 2025. The parties are pleased to announce that, with the assistance of Judge Tarnofsky, they have reached an agreement in principle and are in the process of finalizing the Settlement Agreement.

    Additionally, the parties have agreed to request referral of the remainder of the case to Magistrate Judge Tarnofsky, and, assuming the Court grants the request, will submit their motion seeking approval of the Settlement Agreement with Judge Tarnofsky by October 3, 2025. A signed Notice of Consent to Magistrate Judge's Authority is attached hereto as Exhibit A. Furthermore, because of the settlement in principle and proposed schedule, the parties also jointly request that the Scheduling Conference set for September 24, 2025 (Dkt. 51), be adjourned.

    Thank you for your consideration.

Respectfully submitted,

*/s/ Sara L. Faulman*
Sara L. Faulman

cc: All counsel of record

GRANTED.

The conference set for September 24, 2025 is adjourned *sine die*. The Court has separately entered an order referring this case to Magistrate Judge Tarnofsky. Dkt. 57.

SO ORDERED.

Date: September 12, 2025
       New York, New York

                                           Paul A. Engelmayer
                                           United States District Judge